IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ROBERT COOK,

    Plaintiff,

v.

CITY OF BEAVERTON, BEAVERTON
POLICE OFFICER MAGGIE BROWN,
PACIFIC BEACH TAN, INC. and KAYTLIN
D. THANHEISER,

    Defendants.

No. CV 10-1518 BR

**JUDGMENT**

Pursuant to Fed.R.Civ.P. 54(b)

Pursuant to the Stipulated Dismissal of All Claims Against City of Beaverton and Beaverton Police Officer Maggie Brown with prejudice [Doc. 65], plaintiff's claims against defendants City of Beaverton and Beaverton Police Officer Maggie Brown are dismissed with prejudice and without attorney fees or costs awarded to any of the parties. This Court expressly determines that there is no just reason for delay of entry of this judgment.

DATED this 20th day of December, 2011.

_____
Hon. Anna J. Brown

Page 1 - **JUDGMENT**